**Charles R. JOHNSON, III Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 03–3068, 03–3089.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2003.

Before LOURIE, Circuit Judge, ARCHER, Senior Circuit Judge, and CLEVENGER, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.